UNITED STATES DISTRICT COURT FOR THE Western District of Michigan

FILED - GR
August 17, 2026 1:11 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: AR / 8.18

Anna Connolly

VS

COMPLAINT

1:26-cv-2358
Robert J. Jonker
U.S. District Judge

Hector LaSalle, Rowan Wilson,
Genine Edwards, Ramzi Kassem,
Brian Gotlieb, Dianisbeth Acquie,
Carmen A. Pacheco, Joy Campanelli,
Kevin S. Parker, Vanessa Fang,
Kevin Mcclanahan, Jill Soffiyah Elijah,
Stefano Cambareri, Michael Rosenthal,
Tanya Faye, Andrea Stewart - Cousins,
Patricia Canzoneri-Fitzpatrick, Wavny Toussaint

The defendant created a hostile working environment.

So it should be held liable for its wrongdoings.

And the damage will be determined at trial.

BY Anna Connolly

Anna Connolly
192 Anton Blvd Costa Mesa
CA 92601

DV DANIELS NJ 070
13 AUG 2026 PM 2 L

Freedom 250




U.S. District Court Clerk's Office
110 Michigan St NW
Grand Rapids MI 49503

49503-236399